# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**M & M REALTY PARTNERS, LLC,** a New Jersey limited liability company,
Appellant,

v.

**WILLIAM A. MAZZONI** and **THOMAS A. SMITH,** as Co-Trustees of the William Mazzoni Trust dated 6/04/1992,
Appellees.

No. 4D16-2658

[July 27, 2017]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Lisa S. Small, Judge; L.T. Case No. 50-2014-CA-007832-XXXX-MB.

William J. Berger of Weiss, Handler & Cornwell, P.A., Boca Raton, for appellant.

Roberto M. Vargas of Jones, Foster, Johnston & Stubbs, P.A., West Palm Beach, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, KUNTZ, JJ., and CYNAMON, ABBY, Associate Judge, concur.

\*      \*      \*

***Not final until disposition of timely filed motion for rehearing.***